IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUSTIN ERSKINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1016 (MN) |
| | ) |
| AMARI BROOKS-COLEMAN, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

At Wilmington this 13th day of April 2022, having considered Plaintiff's motion for the Court to accept Plaintiff's First Amended Complaint found at Docket Item 8 (D.I. 13);

IT IS HEREBY ORDERED that the motion is DENIED. This Court struck the Amended Complaint on November 29, 2021 for noncompliance with this Court's October 6, 2021 Order. (*See* D.I. 10). Nothing has change since that time. In addition, the instant motion was filed in two of Plaintiff's cases: C.A. 21-1016 (MN) and C.A. No. 21-1017 (MN). The content of the motion does not speak to this case. Rather, it is directed to C.A. No. 21-1017 (MN).

Plaintiff is given one final opportunity to file an amended complaint. It shall be filed on or before June 13, 2022 on the following claims: (a) due process claims against Lt. Kevin Lorick, Lt. Richard Parsons, and Lt. Heishman; (b) the retaliation claim against Cpl. Amari Brooks-Coleman, and (c) denial of recreation claims against Sgt. Snyder and C/O Majea. There will be no further extensions.

Plaintiff is placed on notice that the Clerk of Court will be directed to close the case should Plaintiff fail to timely file an amended complaint and/or file an amended complaint that does not comply with Paragraph 2 of the October 6, 2021 Order.

                                                                                                        */s/ Maryellen Noreika*
                                                                                                         The Honorable Maryellen Noreika
                                                                                                         United States District Judge